IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1-19CR-085 H |
| DYLAN BRADY DUNCAN | |

## INDICTMENT

The Grand Jury Charges:

Count One
Attempted Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

From on or about June 25, 2019, until on or about June 29, 2019, in the Abilene Division of the Northern District of Texas, and elsewhere, the defendant, **Dylan Brady Duncan**, defendant, did knowingly use a facility and means of interstate and foreign commerce to attempt to persuade, induce, and entice, an individual who had not attained the age of eighteen (18) years, to engage in sexual activity for which defendant could be charged with a criminal offense, that is, a violation of Texas Penal Code, Section 21.11 (Indecency with a Child) which makes it a crime to intentionally or knowingly engage in sexual contact with a child younger than 17; or with the intent to arouse or gratify the sexual desire of any person, expose the person's anus or any part of the person's genitals, knowing that a child younger than 17 is present; or cause a child younger than 17 to expose the child's anus or any part of the child's genitals.

In violation of Title 18, United States Code, Section 2422(b).

**Dylan Brady Duncan**
**Indictment – Page 1**

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
Facsimile:   325-673-3139
E-Mail:   Juanita.Fielden@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

DYLAN BRADY DUNCAN

INDICTMENT

COUNT 1: ATTEMPTED ENTICEMENT OF A MINOR
Violation of 18 U.S.C. § 2422(b)

(1 COUNT)

A true bill rendered:
Lubbock _____  _____ Foreperson

Filed in open court this 14th day of August, 2019.

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE